Pennsylvania Tank Line, appellee, v. Larkin F. Jordan et al., defendants. Joseph H. McCabe, appellant. Gen. No. 34,854.

Heard in the first division of this court for the first district at the June term, 1929. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Frank H. Repetto, for appellant. Miller, Gorham & Wales, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. Frank McGuire, trading as Lorraine Gardens Dancing School, appellee, v. William Hale Thompson, Mayor of the City of Chicago et al., appellants. Gen. No. 34,087.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed March 2, 1931.

Samuel A. Ettelson, Corporation Counsel, for appellants; James N. Kearns, William V. Daly and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Walter E. Maze, administrator of the estate of Virginia R. Maze, deceased, appellant, v. Arthur T. McIntosh, trading as Arthur T. McIntosh & Company, appellee. Gen. No. 34,405.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed March 2, 1931.

Kent J. Owens and Walter M. Fowler, for appellant. Edwin H. Cassels, for appellee.

Mr. Justice McSurely delivered the opinion of the court.